FITE, Plaintiff in error, v. STATE, Defendant in error.

*No. State 25. Submitted May 3, 1973.—Decided June 5, 1973.*
(Also reported in 207 N. W. 2d 672.)

For the plaintiff in error the cause was submitted on the brief of *J. D. McKay* of Green Bay.

For the defendant in error the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *James H. McDermott,* assistant attorney general.

PER CURIAM. The court concludes the trial court correctly and completely responded to the jury's inquiry of whether the defendant could be convicted on only an accomplice's testimony. Testimony of an accomplice, even if it is uncorroborated, can support a verdict of guilty if it is of such a nature that it is entitled to belief. *Jandrt v. State* (1969), 43 Wis. 2d 497, 499, 168 N. W. 2d 602; *see also: Cheney v. State* (1969), 44 Wis. 2d 454, 467, 468, 171 N. W. 2d 339, 174 N. W. 2d 1.

Therefore, the trial court did not err in denying the defendant's motion for a new trial.

The order is affirmed.